Inc., against defendant, appellant, Milef Realty Corporation. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALTER E. HARRIS, Appellant, v. " HENRY " G. COWEN, First Name " Henry " Being Fictitious, etc., and Others, Respondents.— Judgment affirmed, without costs, upon condition stated in order; otherwise, reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT A. VOLK CO., INC., Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HINKLEY MOTORS AND PARTS CORPORATION, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN MURPHY, Appellant, v. T. HOGAN & SONS, INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE LEARY, Appellant, v. JAMES McGUIRE and JAMES McGUIRE, INC., Defendants, Impleaded with JULIA M. LEARY, Respondent.— Judgment modified by awarding to the plaintiff, chattels described in the complaint as " No. 7, 3 Serebend Rugs " valued at $1,500 and " No. 22, 1 Serebend Runner " valued at $75, and by reducing the amount of the judgment in favor of defendant Julia M. Leary from the sum of $3,200 to $1,625, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DOROTHY M. WRIGHT, Respondent, v. HANLEY RIED & Co., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NETTIE HAUSER and Others, Respondents, v. GABRIEL FELDMAN and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RATHBONE REALTY CORPORATION, Respondent, v. JENNIE ROBERTS (Formerly JENNIE GARCEWICH), Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR RUBENSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRUTLUN BUILDING CORPORATION, Respondent, v. LADPOR REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH KRAMER, Respondent, v. KENNETH VAN STRUM, Appellant, Impleaded

with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

JOSEPH KRAMER, Respondent, v. KENNETH VAN STRUM, Defendant, Impleaded with PARK LANE GARAGE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

THE SCHMITZ & SCHRODER COMPANY, Respondent, v. ARNOLD WOLFF STORES CORPORATION and DAVID FRIEDMAN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. EVELYN LICHTENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PERLIE P. FALLON, Appellant, v. NORMAL SHOE CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED SCHMIDT and Another, Appellants, v. SAMUEL H. KRIDEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCIS C. SCHWAB, as Trustee of SCHWAB TERMINAL TRUST, Appellant, v. THURMAN LEE and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVA SHAPIRO, Respondent, v. LEGAL REALTY CO., INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LYMANSVILLE COMPANY, Respondent, v. FOREMAN & CLARK MFG. CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTHONY TREBINO, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KATHERINE DURHAM, Respondent, v. RUSSEKS FIFTH AVENUE, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $4,690.14; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McNAMEE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMPIRE CARPET CORPORATION, Respondent, v. JANDOUS FLOOR COVERING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SUSAN V. SCHILLING, Appellant, v. PHILIP T. COFFEY, Respondent, Impleaded